UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 21-01219JVS(PDx) | Date May 3, 2021 |
| Title Charles Forsyth v United States of America | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **[IN CHAMBERS]  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **May 28, 2021**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

 **X**  **Proof of service of summons and complaint**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.  Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

Additionally, under 28 U.S.C. § 1391(e), where the defendant is an officer or employee of the United States, an agency of the United States, or the United States itself, an action may be brought in any judicial district in which:
(A) a defendant in the action resides,
(B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or
(C) the plaintiff resides if no real property is involved in the action.
28 U.S.C. § 1391(e).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-01219JVS(PDx) | Date | May 3, 2021 |
| Title | Charles Forsyth v United States of America | | |

    Here, the events giving rise to Forsyth's complaint took place in the Golden Gate National Recreation Area, located within the Northern District of California. It is not clear to the Court what basis exists for Forsyth's claims to be brought in the instant venue, the Central District of California. Therefore, Forsyth is also ordered to show cause by May 28, 2021, why this action should not be dismissed for improper venue.

    It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    **Scheduling Conference set for May 10, 2021 at 10:30 a.m. is continued to June 28, 2021 at 10:30 a.m.** Counsel shall file the Joint Rule 26 Meeting Report, with the completed Exhibit A, by June 21, 2021.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |